## WYLEY v. WARDEN OF MARYLAND PENI-TENTIARY

[App. No. 64, September Term, 1960.]

*Decided May 12, 1961.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT, HORNEY, MARBURY and SYBERT, JJ.

PER CURIAM.

The petitioner's application for leave to appeal under the Post Conviction Procedure Act is denied for the reasons set forth in the opinion of Judge Prendergast below.

*Application denied.*